Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

JUDGE DAVID BRIONES

# UNITED STATES DISTRICT COURT

FILED

for the

Western District of Texas

2025 AUG 29 PM 2: 27

El Paso Division

EP 25CV0354

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

|  |  |
|---|---|
| | Case No. _____ |
| Justin McMillan | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- | |
| "See Attachement A" | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Justin McMillan |
| Street Address | 5113 Mcnutt Apt 1803 (Mailbox #107) |
| City and County | Santa Teresa, Dona Ana County |
| State and Zip Code | New Mexico, 88008 |
| Telephone Number | 9868885187 |
| E-mail Address | Mcmillan.justin10@yahoo.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | University of Texas at El Paso (UTEP) |
| Job or Title *(if known)* | |
| Street Address | 500 W. University ave |
| City and County | El Paso, El Paso County |
| State and Zip Code | Texas, 79968 |
| Telephone Number | 9157475056 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Raymond Gordon (Official and Individual Capacity) |
| Job or Title *(if known)* | Executive Director of Housing and Residence Life |
| Street Address | 500 W. University ave. |
| City and County | El Paso, El Paso County |
| State and Zip Code | Texas, 79968 |
| Telephone Number | 9157476393 |
| E-mail Address *(if known)* | rrgordon@utep.edu |

Defendant No. 3

| | |
|---|---|
| Name | Jessica Garcia Nungaray (Official Capacity) |
| Job or Title *(if known)* | C.A.R.E.S. Case Manager/ Lead Coordinator Disability Services |
| Street Address | 500 W. University ave. |
| City and County | El Paso, El Paso County |
| State and Zip Code | Texas, 79968 |
| Telephone Number | 9157476074 |
| E-mail Address *(if known)* | jigarcia12@miners.utep.edu |

Defendant No. 4

| | |
|---|---|
| Name | Dr. Charlie Gibbens (Official Capacity) |
| Job or Title *(if known)* | Assistant Vice President of Student Support |
| Street Address | 500 W. University ave |
| City and County | El Paso, El Paso County |
| State and Zip Code | Texas, 79968 |
| Telephone Number | 9157475076 |

E-mail Address *(if known)*        cegibbens@utep.edu

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This Court has jurisdiction under 28 U.S.C. § 1331 because the claims arise under federal law:
- Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.
- Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794
- 42 U.S.C. § 1983 for violations of civil rights under color of state law
  -1st Amendment violation(s)
  -4th Amendment violation(s)
  -14th Amendment violation(s)

Jurisdiction is also proper under 28 U.S.C. § 1343(a)(3) for civil rights claims involving:
- Deliberate indifference
- Retaliation
- Denial of access to public services and accommodations

Defendant University of Texas at El Paso (UTEP) is:
- A public entity under Title II of the ADA
- A recipient of federal funding under Section 504
- Therefore subject to suit and not immune from disability-related claims

Plaintiff alleges that:
- UTEP officials acted with deliberate indifference to a serious medical condition (MPOX)
- UTEP failed to provide reasonable accommodations
- UTEP retaliated against Plaintiff for seeking disability-related support

Sovereign immunity does not apply because:
- UTEP waived immunity by accepting federal funds under Section 504
- Congress validly abrogated immunity under Title II of the ADA (Tennessee v. Lane, 541 U.S. 509)

Venue is proper under 28 U.S.C. § 1391(b) because:
- All events occurred in El Paso County, Texas
- UTEP is located within the jurisdiction of the Western District of Texas, El Paso Division

## B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the
State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant,  *(name)* _____ , is a citizen of

        the State of *(name)* _____ . Or is a citizen of

        *(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant,  *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Claim 1:
On October 30, 2024, I went to Las Palmas Medical Center with symptoms of MPOX. I was swabbed and discharged with a city-issued isolation order. At the time, I lived in Miner Canyon (Cooper Hall) dormitory at UTEP. I emailed Raymond Gordon, Executive Director of Housing, on October 31, 2024, to report that a student employee entered my room without notice. I had not received any inspection notification. Mr. Gordon responded by phone on November 1, 2024, and said there was nothing Housing could do. He told me to "have the best weekend I could." (Exhibit A - Las Palmas Isolation note; Exhibit B- Emailed Gordon about employee(s) entries; Exhibit B I - Pest Control; Exhibit B II - Fire Alarm Disciplinary Action; Exhibit C - Phone calls made from Gordon)

Claim 2:
On November 1, 2024, I contacted the C.A.R.E.S. department and was assigned Jessica Garcia as my case manager. I provided my isolation letter from Las Palmas. I also sent a release form to Andrea Ferrer to involve multiple departments, including Housing, C.A.S.S., and Student Health. Only the C.A.R.E.S. department responded. On November 2, 2024, one of my professors told me my assignment would not be excused, even though the C.A.R.E.S. letter gave them the option. ( Exhibit D - Jessica Garcia Initial Contact; Exhibit E - Andrea Ferrer release form)

Claim 3:
Between November 5 and November 8, 2024, I was required to pick up packages from the front office, despite being under a city-issued isolation order. On November 8, 2024, my MPOX test came back positive. I received a formal isolation letter from the City of El Paso, listing Miner Canyon as my quarantine location. I notified Jessica Garcia, but she said she could only help with medical bills at that time. On November 12, 2024, Andrea Ferrer closed my case and said I had requested cancellation, which I did not. (Exhibit F I - Exhibit F IV - Parcel Notifications from UTEP; Exhibit G - City Isolation Ordinance; Exhibit H - Jessica Garcia requesting financial assistance due to severity; Exhibit I - Professor letter sent by Jessica Garcia; Exhibit J - Garcia stating she can only submit medical bills; Exhibit K - Andrea Ferrer closes case for C.A.R.E.S.)

Claim 4:
On November 15, 2024, I received $500 in financial assistance. No other accommodations were provided. On November 19, 2024, I met with counselor Liu Rutong via Zoom. After explaining my situation, he said he could not provide counseling due to a conflict of interest. (Exhibit L - Financial Assistance email from UTEP; Exhibit M - Confirmation of meeting with Liu Rutong (CAPS))

Claim 5:
On December 4, 2024, I submitted a medical withdrawal for Fall 2024. I felt pressured to register for Spring 2025 to keep my housing and avoid spreading MPOX to my family. Between December 10 and December 13, 2024, I emailed Dr. Kristine Garza expressing uncertainty about Spring registration. I received no clear guidance. (Exhibit N - Medical Withdrawal email Fall 2024; Exhibit O - Dr. Kristine Garza apologizing for situation; Exhibit P - Dr. Kristine Garza spring enrollment assistance)

Claim 6:
On March 3, 2025, I emailed my academic advisor and Dr. Garza to withdraw from UTEP. I returned all checked-out equipment to the library and withdrew from UTEP by March 27, 2025. On July 23, 2025, UTEP Housing called and said I was still listed as an active resident. My housing contract had been canceled on May 16, 2025. (Exhibit Q - Dr. Garza emailed about withdrawal; Exhibit R - Phone call from Gordon)

Claim 7:
On July 24, 2025, I met with Raymond Gordon to resolve the housing issue after we made an argreement on July 23, 2025 via phone call to meet. He refused to provide a private space and told me he would not discuss the matter. He later emailed me that my housing was canceled and backdated it without my approval. (Exhibit S - Gordon email about housing cancellation)

Claim 8:
I went to Boquillas Hall to ask why my housing was canceled. Dr. Charlie Gibbens met me and my mother, refused a private room, and asked staff to call the police. He said I was not welcome on campus. I later saw late fees for a laptop and charger I had returned. The backpack was marked as returned, but the others were not. (Exhibit T - Equipment Checkout Fee)

Claim 9:
In July 2025, Jessica Garcia was promoted to Lead Coordinator for Disability Services at C.A.S.S., despite her prior role in prematurely closing my C.A.R.E.S. case and failing to initiate accommodations. This promotion occurred while I was being issued disciplinary action for "disruption".(Exhibit U - Verification of Jessica Garcia Promotion)

Claim 10:
On August 18, 2025, I received a disciplinary letter from the Office of Community Standards for "disruption." (Exhibit V - Disciplinary Letter from UTEP)

Claim 11:
Plaintiff endured exclusion, reputational harm, and procedural obstruction at the hands of Defendants, whose retaliatory conduct, rooted in disability-related discrimination and institutional mismanagement, became the catalyst for Plaintiff's civic reform initiatives. Rather than silencing Plaintiff, the harm inflicted gave rise to a series of visionary proposals aimed at protecting future students, veterans, and disabled individuals from similar abuse, including dignity protocols, hub development, legal internship pipelines. These reforms, documented in Exhibit V, reflect Plaintiff's transformation of personal adversity into public advocacy, and constitute protected speech and disability-related engagement under the First Amendment, the Americans with Disabilities Act (ADA), and Section 504 of the Rehabilitation Act. Defendants' continued obstruction and exclusion served to suppress the implementation of these reforms, compounding the original harm and violating Plaintiff's constitutional and statutory rights. Plaintiff seeks compensatory and punitive damages, injunctive relief, and any other relief the Court deems just and proper. (Exhibit Z - District 16 Proposal)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests compensatory and punitive damages in an amount to be determined at trial, based on the harm suffered due to the Defendant's actions. These damages include physical and emotional injury, financial hardship, academic disruption, and other ongoing effects related to medical isolation, secondary infection, and denial of support.

Plaintiff seeks injunctive relief requiring the Defendant to take corrective actions to prevent future harm and discriminatory treatment of individuals affected by similar conditions.

Plaintiff also asks for any other relief the Court finds appropriate, based on the circumstances and continuing nature of the harm.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8-29-25

Signature of Plaintiff

Printed Name of Plaintiff    Justin McMillan

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Attachment A – List of Defendants

## "Justin McMillan v. See Attachment A"

1. University of Texas at El Paso
   Public Institution and Recipient of Federal Funding
   Office of Legal Affairs
   Administration Building, Suite 403
   500 W. University Avenue
   El Paso, Texas 79968

2. Raymond Gordon (in his Official and Individual Capacity)
   Executive Director of Housing and Residence Life
   Office of Legal Affairs
   Administration Building, Suite 403
   500 W. University Avenue
   El Paso, Texas 79968

3. Jessica Garcia Nungaray (in her Official Capacity)
   Case Manager for C.A.R.E.S.
   Office of Legal Affairs
   Administration Building, Suite 403
   500 W. University Avenue
   El Paso, Texas 79968

4. Dr. Charlie Gibbens (in his Official Capacity)
   Assistant Vice President of Student Support
   Office of Legal Affairs
   Administration Building, Suite 403
   500 W. University Avenue
   El Paso, Texas 79968

**Exhibit A – Las Palmas Isolation Note**



LAS PALMAS
DEL SOL
HEALTHCARE

## School/Work Excuse

Del Sol Medical Center
10301 Gateway West El Paso, TX. 79925

Print Date: 10/30/24  Time: 1537
MCMILLAN,JUSTIN ISAIAH has been treated and released from the Emergency
Department.
The physician's instructions are as follows:

Return to Work (days):  Isolate until 11/12/2024

Return to School (days):

Comment:

 Outlook

**Exhibit B - Emailed Gordon
about employee entry**

## Re: High Risk Potential

**From** Gordon, Raymond R <rrgordon@utep.edu>
**Date** Thu 10/31/2024 10:09 AM
**To** Mcmillan, Justin I <jimcmillan@miners.utep.edu>

Justin,

Thank you for your email. I hope you are feeling ok. Please let me know if there is anything you need that I can assist you with.

Please let me know what you learn from the Health Department.

I do remember speaking with you on Friday, and we did discuss what happened when pest control was escorted into your room. I do apologize for that experience and I have verified with my team to ensure notification is sent out in the future.

While we did speak briefly about the pest control concern, you did share that your bigger concern was that a motorcycle was blocking you in infront of Copper Hall. I was told parking was sending someone out to assist.

Let me know when you are feeling better so we can discuss your concerns further.

Thank you
Ray

**From:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Sent:** Thursday, October 31, 2024 9:21 AM
**To:** Gordon, Raymond R <rrgordon@utep.edu>
**Subject:** High Risk Potential

Good morning,

This is Justin McMillan (Copper Hall/ Rm. 314) I wanted to give you an update on my sickness, as well as discuss the actions of the individual barging into my room. My symptoms are at a high risk for Monkeypox, Physicians look at it and don't even know what it is. I have a doctor's note to isolate and will being seeing the Health department later this morning in order to getting proper treatment. When I recover sir, I hope you can make time to sit down with me so we can discuss how UTEP Housing broke my "Right to Privacy" and caused possible potential high health risk factors to the entire dorm. Due to the housing individual that barged into my room, not only can she be infected but the individual that came to spray can be in line of infection. I am going to speak with a lawyer on the side, because I do believe this was VERY improper negligence on UTEP part, especially emotional damages to myself and to the right of privacy. I tried to contact Annel Mena, and please I feel as if she doesn't even have a concern for my positive regards. The reason I state this is that Mena berated me on day at the elevator (Copper Hall/ Lobby) and asked me multiple questions that made me feel uncomfortable, however cannot respond to my email (I attached photos) that could put a lot of students at potential risk. Like I did state, UTEP should be held responsible for the actions that were caused and hopefully when I recover sir we can speak again like I mentioned before, thank you.

 Outlook

## Pest Control Reminder

**From** Housing and Residence Life Facilities <HRLFacilities@utep.edu>

**Date** Thu 11/21/2024 11:11 AM

**To** Mcmillan, Justin I <jimcmillan@miners.utep.edu>



THE UNIVERSITY OF TEXAS AT EL PASO™
HOUSING AND RESIDENCE LIFE

Dear Justin,

**Pest Control will be conducted Friday November 22nd, 2024.**

A technician will be in your apartment Friday between 9 am and 12 pm. You do not have to be home, one of our staff will escort them.

PLEASE REMEMBER-IF YOU HAVE AN EMOTIONAL SUPPORT ANIMAL IT MUST BE CRATED, EVEN IF YOU ARE HOME! This is for the safety of the animal and the safety of our staff.

Please let me know if you have any questions or concerns.


Go Miners!

Jose Ruiz
Assistant Director for Facilities
HRLFacilities@utep.edu
Housing and Residence Life

THE UNIVERSITY OF TEXAS AT EL PASO



**Exhibit B II - Fire Alarm Disciplinary Action**

*Housing and Residence Life*

November 25, 2024

Justin Mcmillan
Sent electronically to jimcmillan@miners.utep.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2024136401

Dear Mr. Mcmillan,

The Housing and Residence Life Office received documentation reported by our staff for a possible violation of the Resident Handbook on November 22, 2024. This letter serves to notify you of Housing and Residence Life's policy as outlined in the Resident Handbook. By signing a contract to live in Housing and Residence Life, all residents agree to abide by the policies outlined in the Resident Handbook.

Please note the following policy from the Resident Handbook:

**Fire Safety**

Each apartment is equipped with a fire safety system that may be activated in the event of a fire or heavy steam or smoke. Fire safety equipment should not be tampered with or covered in a way that inhibits the safety features of the system. Residents who tamper with fire safety equipment may be subject to discipline. Setting off a fire alarm is considered community disturbance, and residents may be held responsible if there are repeated fire alarm activations, whether intentional or accidental.

Additional information regarding the Housing and Residence Life Handbook can be found online. Please be advised that additional violations of the Resident Handbook and/or University policy can result in disciplinary action.

We encourage you to do your part to help us create a safe and welcoming community where everyone is able to succeed academically. If you have any questions or concerns, I would be happy to arrange a time for us to meet. I can be reach by email at cjflorez@utep.edu.

Sincerely,

Cheyanna Florez
Coordinator

2401 N. Oregon St.
El Paso, Texas 79902
(915) 747-5352
Fax: (915) 747-5651

**Exhibit C – Phone Calls from Raymond Gordon**

← Call details

+1 915-747-6393
Texas                                                        📞

↙ **Incoming call**                          20m 54s
Friday, November 1, 2024, 4:00 PM

📋 Copy number

✏️ Edit number before call

🗑️ Delete

← Call details

+1 915-747-6393
Texas                                                        📞

↙ **Incoming call**                          6m 18s
Friday, November 1, 2024, 4:47 PM

📋 Copy number

✏️ Edit number before call

🗑️ Delete

 Outlook

## Re: CARE Miner Support

**From** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Date** Fri 11/1/2024 3:51 PM
**To** Garcia, Jessica I <jigarcia12@miners.utep.edu>

Thank you for assisting.

**From:** Garcia, Jessica I <jigarcia12@miners.utep.edu>
**Sent:** Friday, November 1, 2024 3:50 PM
**To:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Subject:** Re: CARE Miner Support

Perfect! This is what we needed. We will be notifying them right now. I appreciate it. I will continue to follow up with you.

Take Care of yourself,

**Jessica I. Garcia, BSW**
Case Manager
CARE Miner Support

CARE
The University of Texas at El Paso
500 W. University Ave.
El Paso, TX 79968
Office: 915-747-8617

**From:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Sent:** Friday, November 1, 2024 3:49 PM
**To:** Garcia, Jessica I <jigarcia12@miners.utep.edu>
**Subject:** Re: CARE Miner Support

Yes, which is understandable in this message I am attaching the doctor note.

**From:** Garcia, Jessica I <jigarcia12@miners.utep.edu>
**Sent:** Friday, November 1, 2024 3:47 PM
**To:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Subject:** Re: CARE Miner Support

Hello,

After reviewing your documentation my coordinator is requesting a letter from your doctor specifically stating you cannot come to school due to Mpox. Once you provide us with the letter, we will notify your professors.

Please,



**Jessica I. Garcia, BSW**
Case Manager
CARE Miner Support

CARE
The University of Texas at El Paso
500 W. University Ave.
El Paso, TX 79968
Office: 915-747-8617

---

**From:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Sent:** Friday, November 1, 2024 3:43 PM
**To:** Garcia, Jessica I <jigarcia12@miners.utep.edu>
**Subject:** Re: CARE Miner Support

Thank you.

---

**From:** Garcia, Jessica I <jigarcia12@miners.utep.edu>
**Sent:** Friday, November 1, 2024 3:43 PM
**To:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Subject:** Re: CARE Miner Support

Great! Thank you so much. We will be notifying your professor.



**Jessica I. Garcia, BSW**
Case Manager
CARE Miner Support

CARE
The University of Texas at El Paso
500 W. University Ave.
El Paso, TX 79968
Office: 915-747-8617

---

**From:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Sent:** Friday, November 1, 2024 3:38 PM
**To:** Garcia, Jessica I <jigarcia12@miners.utep.edu>
**Subject:** Re: CARE Miner Support

Yes, attached I have submitted where the doctor believe it is MPox, STD Paneling (all
negative/nonreactive) as well as additional paperwork of the pending tests.

**From:** Garcia, Jessica I <jigarcia12@miners.utep.edu>
**Sent:** Friday, November 1, 2024 3:31 PM
**To:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Subject:** CARE Miner Support

Good Afternoon Justin,

I hope this email finds you well. My name is Jessica Garcia, and I am a case manager with CARE Miner
Support at UTEP. I have been assigned as your case manager. I am here to support and find resources for
you. My department has been notified that you have been diagnosed with the Monkey Virus. We would
like to support you by notifying your professors and financially.

Could you please provide any available medical documentation to support you, such as letters from your
doctors, records of diagnoses, or any other medical documentation? Also, May I share your information
with Ashley Prieto from FHAR. Her department has some funds that they might be able to allocate to
assist you with.

I hope you feel better soon. I am very sorry to hear about your situation.

Thanks,



**Jessica I. Garcia, BSW**
Case Manager
CARE Miner Support

CARE
The University of Texas at El Paso
500 W. University Ave.
El Paso, TX 79968
Office: 915-747-8617

 Outlook

## Re: CARE Paperwork Please Complete

**From** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Date** Fri 11/1/2024 3:11 PM
**To**    Ferrer, Andrea <aferrer5@utep.edu>

Good afternoon, I wanted to let you know that I give consent to share information throughout the departments for additional resources.

- CARE Miner Support
- FHAR
- Student Health and Wellness Center
- Dr. Jaime Mendez
- CASS
- Kelly Center for Hunger Relief
- UTEP Food Pantry
- HRL
- UMC Discount Program

---

**From:** Ferrer, Andrea <aferrer5@utep.edu>
**Sent:** Friday, November 1, 2024 1:01 PM
**To:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Cc:** Care <care@utep.edu>; Hernandez, Tamara L <tlbarton@utep.edu>
**Subject:** CARE Paperwork Please Complete

Good afternoon Justin Mcmillan,

Sign the following documents: *"Services and Consent Form,"* the *"Remote Advocacy Session Form," "Intake Form" and Victim's Rights".* Please sign the *"Release of Information"* for the following departments. If it does not let you put all the departments you will need to complete another Release of Information.

- CARE Miner Support
- FHAR
- Student Health and Wellness Center

- Dr. Jaime Mendez

- CASS

- Kelly Center for Hunger Relief

- UTEP Food Pantry

- HRL

- UMC Discount Program


**Click on the "CARE Service and Consent Form" button to get started. Once completed, click on the "next" button then click on the "Main Menu" button.**

**Click on the Advocacy Intake Paperwork" button.**

https://titanium.utep.edu/TitaniumWeb/CARE


Please note that to **access the link**, you must be either connected to **UTEP's Wi-Fi** (when on campus) or connected to **UTEP's VPN** (when off campus).

In our meeting, we will discuss how you are doing and see if I may be able to offer you advocacy services. If you decide to participate, it will be important for me to learn more about what is important to you. Together, we can explore various options and decide how to proceed.

Please contact me at (915) 747-7452 or via email at care@utep.edu once the forms have been completed.

I look forward to meeting with you soon. Should you have any questions, don't hesitate to reach out.

**If at any time you feel you are in danger, please call 9-1-1.**

Below are some campus and community resources available:

**ON CAMPUS:**

**CONFIDENTIAL RESOURCES**
**Counseling and Psychological Services (CAPS)**
**Union West 202**
https://www.utep.edu/student-affairs/counsel/
**After-hour Crisis Helpline: 915.747.5302**

**CAMPUS POLICE**
**UTEP Police Department**
**3118 Sun Bowl Drive**
https://www.utep.edu/police/
**915.747.5611**

**CAMPUS POLICE SAFETY ESCORT SERVICE**
**915.747.5611**

**OFF-CAMPUS:**
**Center Against Sexual and Family Violence**
580 Giles Road
24/7 Crisis Hope Line
915.593.7300
800.727.0511

**El Paso Police Department**
West Side Branch
915.212.4000
915.212.8510

**MEDICAL ASSISTANCE FOR SEXUAL ASSAULT EXAM**
University Medical Center of El Paso
4815 Alameda Ave.
915.544.1200

Respectfully,



**Andrea Ferrer**
Campus Advocate
(she/her/hers)

Campus Advocacy, Resources and Education (CARE)
The University of Texas at El Paso
Office: 915-747-7452
Fax: 915-747-8280
utep.edu/care

 

 Outlook

**Exhibit F I - Parcel Notification**

## You have received a new parcel

**From** UTEP Housing <housing@utep.edu>
**Date** Tue 11/5/2024 3:51 PM
**To** Mcmillan, Justin I <jimcmillan@miners.utep.edu>

Dear Justin Mcmillan

This is to notify you that you have a package awaiting you at your front desk.

Package Description: WHS office package
Shipping Type: USPS
Tracking Number:
Receipt Date: 11/5/2024 15:50

You can pick your package up at during normal front desk hours.

**Please be sure to bring your student ID when you come to pick up your package.**

Sincerely,

Housing and Residence Life

**Housing applications for Fall 2024 - Spring 2025 are available! Apply now!

 Outlook

## You have received a new parcel

**From** UTEP Housing <housing@utep.edu>

**Date** Thu 11/7/2024 2:33 PM

**To** Mcmillan, Justin I <jimcmillan@miners.utep.edu>

Dear Justin Mcmillan

This is to notify you that you have a package awaiting you at your front desk.

Package Description: WHS office medium brown box
Shipping Type: USPS
Tracking Number: 420799029361289717439414469302
Receipt Date: 11/7/2024 14:32

You can pick your package up at during normal front desk hours.

**Please be sure to bring your student ID when you come to pick up your package.**

Sincerely,

Housing and Residence Life

\*\*Housing applications for Fall 2024 - Spring 2025 are available! Apply now!

 Outlook

**Exhibit F III - Parcel Notification**

## You have received a new parcel

**From** UTEP Housing <housing@utep.edu>
**Date** Fri 11/8/2024 2:32 PM
**To**   Mcmillan, Justin I <jimcmillan@miners.utep.edu>

Dear Justin Mcmillan

This is to notify you that you have a package awaiting you at your front desk.

Package Description: Medium UPS box
Shipping Type: UPS
Tracking Number: 420799022177
Receipt Date: 11/8/2024 14:31

You can pick your package up at Miner Canyon (Whispering Springs) during normal front desk hours.

**Please be sure to bring your student ID when you come to pick up your package.**

Sincerely,

Housing and Residence Life

**Housing applications for Fall 2024 - Spring 2025 are available! Apply now!

 **Outlook**

**Exhibit F IV - Parcel Notification**

## You have received a new parcel

**From** UTEP Housing <housing@utep.edu>

**Date** Fri 11/8/2024 2:35 PM

**To** Mcmillan, Justin I <jimcmillan@miners.utep.edu>

Dear Justin Mcmillan

This is to notify you that you have a package awaiting you at your front desk.

Package Description: Medium UPS box
Shipping Type: UPS
Tracking Number: 1ZY502X90335799344
Receipt Date: 11/8/2024 14:35

You can pick your package up at Miner Canyon (Whispering Springs) during normal front desk hours.

**Please be sure to bring your student ID when you come to pick up your package.**

Sincerely,

Housing and Residence Life

**Housing applications for Fall 2024 - Spring 2025 are available! Apply now!

Exhibit G - City Isolation Ordinance



# Department of Public Health



**PUBLIC HEALTH**
CITY OF EL PASO

**MAYOR**
Oscar Leeser

## MONKEYPOX ISOLATION LETTER

Date: <u>11/8/2024</u>

**CITY COUNCIL**

**District 1**
Brian Kennedy

**District 2**
Dr. Josh Acevedo

**District 3**
Cassandra Hernandez

**District 4**
Joe Molinar

**District 5**
Isabel Salcido

**District 6**
Art Fierro

**District 7**
Henry Rivera

**District 8**
Chris Canales

**CITY MANAGER**
Dionne Mack

Dear: <u>McMillan, Justin Isaiah</u>

The City of El Paso Department of Public Health (DPH) has determined that you are infected with the Monkeypox Virus, referred to in this document as "MPXV". Persons infected with MPXV may be infectious from the onset of symptoms, until the rash has healed, all scabs have fallen off, and a fresh layer of skin has formed. This Public Health Isolation Guideline requires that you follow the requirements listed below until it is determined that you are not infectious.

Effective immediately, to protect the public's health and to prevent further spread of the disease, you are asked to comply with all the following requirements until DPH has determined you are no longer infectious:

- *You shall remain at the following address:*
  <u>3490 Sun Bowl PO 146 El Paso, TX 79901</u>
- *You shall follow all instructions from DPH and other healthcare professionals involved in your care, regarding treatment and infection control measures*

DPH further recommends that whenever you are around others at home, to wear clothing that will cover all lesions on your skin and wear a well-fitting mask. You will be considered not infectious until the rash has healed, all scabs have fallen off, and a fresh layer of skin has formed. The illness typically can lasts 2-4 weeks.

If for any reason you do not follow these requirements, the Local Health Authority may issue an Isolation Order, which if violated, will proceed to file legal action in district court requesting Court Ordered Involuntary Isolation.

The DPH is tasked with protecting the health and well-being of the citizens of El Paso, TX by investigating and controlling any communicable disease. This Public Health Isolation Guideline is necessary to control and decrease the risk of transmission of this and other diseases. DPH requests your assistance in adhering to this guideline for the preservation of public health, safety, and the overall welfare of our community.

If you have questions regarding this letter, please contact DPH at **915-212-6520**.

**Veerinder Taneja, MBBS; MPH - Director**
Department of Public Health | 200 N. Kansas St. | El Paso, TX 79901
O: (915) 212-6502 | ephealth.com



DELIVERING **EXCEPTIONAL** SERVICES

 Outlook         Exhibit H - Jessica Garcia Requesting Finances

## Support for Student Request

**From** Garcia, Jessica I <jigarcia12@miners.utep.edu>

**Date** Fri 11/8/2024 1:11 PM

**To**    Prieto, Ashley A <aaprieto4@utep.edu>

**Cc**    Mcmillan, Justin I <jimcmillan@miners.utep.edu>

Good Afternoon Ashley,

I hope you are doing well. One of our Students **Justin Isaiah Mcmillan (80570792)** is experiencing financial insecurity due to being diagnosed with MPOX. He is being affected severely due to the situation. I was wondering if there is any support your department could provide him.

Thanks, Have a great Friday!

Best,



**Jessica I. Garcia, BSW**
Case Manager
CARE Miner Support

CARE
The University of Texas at El Paso
500 W. University Ave.
El Paso, TX 79968
Office: 915-747-8617

THE UNIVERSITY OF TEXAS AT EL PASO



Vice President for
Student Affairs

November 1, 2024

Justin Mcmillan
Sent electronically to jimcmillan@miners.utep.edu

Dear Instructors:

On behalf of the Miner Support Team within the Office of AVP for Student Support, this email is notification for
Justin Mcmillan 80570792.

Justin Mcmillan is out of class from 10/30/24 to 11/12/24 due to a medical emergency. We have received
documentation of the situation. I understand that it is your decision whether or not to excuse Justin Mcmillan from
class and/or assignment deadlines. It will be the student's responsibility to contact you directly to discuss any impact
the situation may have had on your class.

If you have any questions or need additional information, please let me know. I can be reached in the Miner
Support Office at (915) 747-8605 or minersupport@utep.edu.

Sincerely,

Jessica Garcia
Graduate Assistant

CC:    Francia, Giulio
       Maier, Maria Isela R
       Hiroi, Taeko
       Heredia, Guillermo J
       Delgado, Monica

500 West
University Ave.
301 Union East
El Paso, Texas
79968-0636
(915)747-5076
FAX: (915) 747-5476

 Outlook     Exhibit J - Jessica Garcia establishing can assist with Medical Bills

## Re: Contact CASS

**From** Garcia, Jessica I <jigarcia12@miners.utep.edu>

**Date** Fri 11/8/2024 1:46 PM

**To**     Mcmillan, Justin I <jimcmillan@miners.utep.edu>

Hi Justin,

I'm sorry to hear about the difficulties you're facing. From my side, I've already informed your professors, and I'm here to offer financial assistance for any medical expenses. If you need help covering any medical bills, please feel free to send them my way.

I also encourage you to reach out to CASS, as they may be able to provide accommodations to support you.

### Center for Accommodations and Support Services (CASS)

CASS aspires to provide students with disabilities, accommodations and support services to help them pursue their academic, graduation, and career goals. To request accommodations please visit https://bear.accessiblelearning.com/UTEP/ to fill out an application. You can visit their webpage https://www.utep.edu/student-affairs/cass/ or office located in Union East Bldg. Room 106 and are available Monday-Friday from 8am-5pm. You can also contact them at (915) 747-5148 or cass@utep.edu.

Best,



**Jessica I. Garcia, BSW**
Case Manager
CARE Miner Support

CARE
The University of Texas at El Paso
500 W. University Ave.
El Paso, TX 79968
Office: 915-747-8617

**From:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Sent:** Friday, November 8, 2024 1:22 PM
**To:** Garcia, Jessica I <jigarcia12@miners.utep.edu>
**Subject:** Re: Contact CASS

Good afternoon,

If I am aware of a new COVID case or received any assistance as housing assistance ASAP. I was informed by Raymond Gordon (Director of Housing) "Unfortunately there is nothing we can do for you at housing, try to contact our CARE team and have the best weekend you can" (This conversation was 11/01/2024) . I honestly feel as though UTEP has breached their Code of Conduct and did not ensure the safety of the community, nor the safety of my own health. Mr. Gordon had already known that I had reached out to the CARE team as Andrea had gone to go meet with him and thus prompted him to call me that Friday. Upon him calling me at 4pm that day and then reached back out to me at 4:40pm, it felt as though my life as well as the safety of the students in this dorm were only 40 minutes of his time. Like I mentioned, I am very disappointed in the way UTEP handled and assisted me while I was supposed to be isolated. Which Gordon did not assist with my isolation either.

**From:** Garcia, Jessica I <jigarcia12@miners.utep.edu>
**Sent:** Friday, November 8, 2024 12:37 PM
**To:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Subject:** Re: Contact CASS

Good Afternoon Justin,

I hope you are doing well. I wanted to follow up with you to make sure you received the email with the resource provided. I hope you were able to review them.

Please let me know if there is anything else we could assist you with.

Have a great day!

Best,



**Jessica I. Garcia, BSW**
Case Manager
CARE Miner Support

CARE
The University of Texas at El Paso
500 W. University Ave.
El Paso, TX 79968
Office: 915-747-8617

**From:** Garcia, Jessica I <jigarcia12@miners.utep.edu>
**Sent:** Tuesday, November 5, 2024 12:40 PM
**To:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Subject:** Contact CASS

Good Afternoon Justin,

I hope you are doing well and feeling better. I wanted to share with you the following resource with you. Please go ahead and contact them so that they can make an absence accommodation for you. Their information is the following:

**Center for Accommodations and Support Services (CASS)**

CASS aspires to provide students with disabilities, accommodations and support services to help them pursue their academic, graduation, and career goals. To request accommodations please visit https://bear.accessiblelearning.com/UTEP/ to fill out an application. You can visit their webpage https://www.utep.edu/student-affairs/cass/ or office located in Union East Bldg. Room 106 and are available Monday-Friday from 8am-5pm. You can also contact them at (915) 747-5148 or cass@utep.edu.

Please let me know if you have any questions.

Best,



**Jessica I. Garcia, BSW**
Case Manager
CARE Miner Support

CARE
The University of Texas at El Paso
500 W. University Ave.
El Paso, TX 79968
Office: 915-747-8617

 Outlook                                    Exhibit K - Andrea Ferrer Closes Case

**CARE Closure Email**

**From** Ferrer, Andrea <aferrer5@utep.edu>
**Date** Tue 11/12/2024 2:56 PM
**To** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Cc** Care <care@utep.edu>

Dear Justin Mcmillan,

I spoke with you on November 12, 2024, regarding your advocacy services. As per our conversation, you stated you do not need our services at this time. We respect your decision. Effective November 12, 2024, your advocacy services with the Consultation Advocacy, Resources, and Education (CARE) department will be closed.

Your feedback is important to us, and we value your recommendations regarding why you were unable to continue services with CARE. Please take a few minutes to complete the anonymous survey, which would help us improve our services.

*Click on the link:* https://nonresponsive.questionpro.com

After completing this survey, you are eligible to receive a free CARE gift (while supplies last). Please contact us at care@utep.edu to schedule a time to pick up your free item.

Our services may continue to be available to you (as long as you remain an active UTEP community member as a student, staff or faculty) by contacting the office via email care@utep.edu or by phone (915) 747-7452 to schedule a time to meet virtually. **We will assess your situation to decide if CARE is the best resource for you.**

**If at any time you feel you are in danger, please call 9-1-1.**

Below are some campus and community resources available:

**ON-CAMPUS:**
**CONFIDENTIAL RESOURCES**
**Counseling and Psychological Services (CAPS)**
Union West 202
https://www.utep.edu/student-affairs/counsel/
After-hour Crisis Helpline: 915.747.5302

**CAMPUS POLICE**
UTEP Police Department
3118 Sun Bowl Drive
https://www.utep.edu/police/
915.747.5611

**CAMPUS POLICE SAFETY ESCORT SERVICE**
915.747.5611

**OFF-CAMPUS:**
**Center Against Sexual and Family Violence**
580 Giles Road
24/7 Crisis Hope Line
915.593.7300
**El Paso Police Department**
West Side Branch
915.212.4000
915.212.8510


**MEDICAL ASSISTANCE FOR SEXUAL ASSAULT EXAM**
University Medical Center of El Paso
4815 Alameda Ave.
915.544.1200


I wish you the best,




**Andrea Ferrer**
Campus Advocate
(she/her/hers)

Campus Advocacy, Resources and Education (CARE)
The University of Texas at El Paso
Office: 915-747-7452
Fax: 915-747-8280
utep.edu/care

 

 Outlook

Exhibit L - Financial Assistance email

**Basic Needs Funding**

**From** Student Success HelpDesk <studentsuccess@utep.edu>

**Date** Fri 11/15/2024 10:20 AM

**To** Mcmillan, Justin I <jimcmillan@miners.utep.edu>

Hello Justin,

Based on the request submitted by a UTEP Staff member, you have been provided with one-time student support funding in the amount of $500 to assist with basic needs expenses.

This funding does not have to be repaid and will not affect your financial aid.

If you have questions or concerns, please contact the Student Success HelpDesk at (915) 747-8887.

Best wishes,
Student Success HelpDesk

 Outlook

**Exhibit M - Confirmation of CAPS Appointment**

**CAPS zoom session**

**From** Liu, Rutong M <rmliu@utep.edu>
**Date** Mon 11/18/2024 4:12 PM
**To** Mcmillan, Justin I <jimcmillan@miners.utep.edu>

Hi,
Here is the link for our meeting. See you then!
Topic: Zoom Meeting
Time: Nov 19, 2024 08:00 AM Mountain Time (US and Canada)

Join Zoom Meeting

Meeting ID: 870 0078 4564
Passcode: pyrYww7N

Thank you,


**Justin Liu** (he/him/his)
Post Doctoral Fellow

Counseling and Psychological Services
The University of Texas at El Paso
500 W. University Ave.
Union West, room 202
El Paso, TX 79968
Office: 915-747-5302
Email: rmliu@utep.edu
utep.edu/student-affairs/counsel/

Note: <u>Email is not a secure form of communication</u>. To ensure privacy, please call the office and speak with staff directly. If the office is closed and you are in an emergency situation, CALL 911. All information contained in this message may be privileged, confidential, and legally protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and deleting it from your computer. Thank you for your cooperation.

 Outlook                     Exhibit N - Medical Withdrawal Email

Re: Medical Withdrawal Questions

From minersupport <minersupport@utep.edu>

Date Thu 12/5/2024 10:46 AM

To    Mcmillan, Justin I <jimcmillan@miners.utep.edu>

Cc    Mendez, Jaime L. <jlmendez@utep.edu>

Hello Justin,

I'm sorry to hear about your experience. A Case Manger can help you apply for medical withdrawal.

You have been assigned a Case Manager. They will be contacting you in the next 2 business days.

Please let me know if you have any questions and I hope you enjoy the rest of your day.

Best,
Aleli Fernandez
Coordinator

    **Miner Support**
CARE
The University of Texas at El Paso
500 W. University Ave.
El Paso, TX 79968
Office: 915-747-8605

**From:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Sent:** Wednesday, December 4, 2024 9:40 AM
**To:** minersupport <minersupport@utep.edu>
**Cc:** Mendez, Jaime L. <jlmendez@utep.edu>
**Subject:** Medical Withdrawal Questions

Good morning,

I had a couple of questions in regard to a medical withdrawal for the Fall semester of 2024, due to me being diagnosed with MPOX. The question that I had pertaining to the medical withdrawal would be towards housing. During my MPOX sickness I was treated with the most inhumane treatment that I have ever experienced in my life. Not only were inspections in my room still performed, as well as bug spraying but the Director of Housing (Raymond Gordon) had a lack of concern for my health and safety as well as the rest of the Miner Canyon facility(Copper Hall). Now, I ask for a medical withdrawal due to still experiencing a horrendous virus, that has left me permanently disfigured, terrible support from UTEP during isolation, as well as me reaching out to my advisor and him being unable to advise due to a lack of care, in my opinion. I did reach out to my advisor about dropping two courses (Calculus & Political Science), which he signed for the calculus course but never signed for the political science course. When I tried to set up an online Teams meeting with him, due to missing my original appointment on the

Case 3:25-cv-00354-DB    Document 1    Filed 08/29/25    Page 36 of 57

15th of October due to the start of my symptoms (e-mail photo attachment), Stephen Rodriguez had only stated that he is booked on the 12th of November and never mentioned any other date. When my isolation was extended, I felt as though I was getting nowhere so I had booked an appointment on December 2nd , which I was able to attend. During the advising I was informed due to me not turning in my course drops (even though I had one out of the two) to registration that I will be obtaining an "F" grade in those classes. I did admit to my fault for not knowing, however even though I tried multiple attempts to set up an appointment with my advisor to obtain a better understanding there was a lot happening elsewhere with UTEP. I have attached screenshots for proof of what I am explaining, as well as proof that UTEP housing has breached my Right of Privacy due to never sending me notification about a bug spray (e-mail to Mena (coordinator of Miner Canyon)) and breaching my privacy while I was supposed to be in isolation. Lastly, I want to mention that I had reached out to CARES, which on November 1st they had reached out to Raymond Gordon, which prompted him to call me. He had asked me what I needed, which I had responded that I only needed gloves to protect the safety of the students for when I do laundry (communal laundry room). Gordon did not stay on the phone with me long and stated unfortunately he could not provide that and then stated "Try to have the best weekend you can" after I was begging and crying. I did attach both of the phone calls I had received for Raymond Gordon as well. There is a lot more to discuss, just added the few things and put a lot more attachments to help achieve a better understanding of my complex situation, thank you.


Justin McMillan
(80570792)

 Outlook          Exhibit O - Dr. Kristine Garza Apologizing

## RE: I've been thinking

**From** Garza, Kristine M <kgarza@utep.edu>
**Date** Fri 12/6/2024 8:55 AM
**To** Mcmillan, Justin I <jimcmillan@miners.utep.edu>

Good morning.

Whew!  Glad to hear that someone is finally stepping up for you.  If you need anything or assistance with the medical withdrawal process, please don't hesitate to reach out to me.

I'll keep tabs on you.  ☺


**Dr. Kristine M. Garza, Ph.D.**
Associate Dean for Undergraduate Studies, College of Science
Director, Central Office for Readiness & Engagement (CORE)
Associate Professor, Dept of Biological Sciences
Carl Hertzog Building, Rm 101
Voice: 915-747-8027

**From:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Sent:** Friday, December 6, 2024 6:59 AM
**To:** Garza, Kristine M <kgarza@utep.edu>
**Subject:** Re: I've been thinking

Good morning,
    To give you another update, CARES (Jessica Garcia/Manager) reached out to me yesterday (via. Phone call) and did confirm with their supervisor that if I was to academically withdraw due to medical reasonings I would not lose my housing. Based on that, I went ahead and filled out and submitted the withdrawal form with registration (via. online). I do want to thank you Dr. Garza, for being the ONLY administrative staff member to show humanity and check up on me, it really does mean a lot to me.

**From:** Garza, Kristine M <kgarza@utep.edu>
**Sent:** Thursday, December 5, 2024 5:48 PM
**To:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Subject:** RE: I've been thinking

Hi Justin.

Hoping you've been able to get some shut eye and ideally a response from the SOS team.  Take care.

Associate Dean for Undergraduate Studies, College of Science
Director, Central Office for Readiness & Engagement (CORE)
Associate Professor, Dept of Biological Sciences
Carl Hertzog Building, Rm 101
Voice: 915-747-8027

**From:** Mcmillan, Justin I <~~~~~~~~~~~~~~~~~~>
**Sent:** Wednesday, December 4, 2024 12:12 PM
**To:** Garza, Kristine M <~~~~~~~~~~~~~~~>
**Subject:** Re: I've been thinking

Good afternoon Dr. Garza,

I wanted to update you with what is going on, I had reached out to Student Outreach and Support (via. phone call) which they had informed me to e-mail minersupport@utep.edu and to CC Dr. Jaime Mendez. I had sent that e-mail out this morning and I am just waiting on a response to see what the next steps are. Am I very concerned, yes ma'am I barely got 3 hours of sleep last night because I don't feel comfortable with what could happen leading forward.

**From:** Garza, Kristine M <~~~~~~~~~~~~~~>
**Sent:** Wednesday, December 4, 2024 10:01 AM
**To:** Mcmillan, Justin I <~~~~~~~~~~~~~~~~~~>
**Subject:** I've been thinking

Good morning Justin.

Your situation has been nagging at me, particularly in relation to the lack of support you received during your quarantine. I was reading the website for CARE and it appears to be focused on assisting victims of violence but it seems to me they should have directed you to relevant supportive resources. I think you should report your overall experience to the Dean of Students. Just a thought, if you're inclined to deal with the entire situation any more.

Again, if you want to move forward with administrative drops for POLS and MATH, just let me know.

Regards,



**Dr. Kristine M. Garza, Ph.D.**
Associate Dean for Undergraduate Studies, College of Science
Director, Central Office for Readiness & Engagement (CORE)
Associate Professor, Dept of Biological Sciences
Carl Hertzog Building, Rm 101
Voice: 915-747-8027

 Outlook                    Exhibit P - Dr. Kristine Garza Spring Enrollment

## RE: Spring 2025 Advising

**From** Garza, Kristine M <kgarza@utep.edu>

**Date** Fri 12/13/2024 12:47 PM

**To**    Mcmillan, Justin I <jimcmillan@miners.utep.edu>

Hi Justin.

Yes, at least there's somewhat of a path forward.  Hoping that other elements of the UTEP community follow suite and provide you with the necessary support.

Also hoping you have a restful and peaceful holiday break.

Regards,

**Dr. Kristine M. Garza, Ph.D.**
Associate Dean for Undergraduate Studies, College of Science
Director, Central Office for Readiness & Engagement (CORE)
Associate Professor, Dept of Biological Sciences
Carl Hertzog Building, Rm 101
Voice: 915-747-8027

**From:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Sent:** Friday, December 13, 2024 12:41 PM
**To:** Garza, Kristine M <kgarza@utep.edu>
**Subject:** Re: Spring 2025 Advising

I was able to register for biology class and will finish when I am off of work. I do want to thank you, even though I still feel uneasy about next semester at least as of right now I have a schedule.

**From:** Garza, Kristine M <kgarza@utep.edu>
**Sent:** Thursday, December 12, 2024 11:03 AM
**To:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Subject:** RE: Spring 2025 Advising

Hi Justin.

We'll get you registered for your Spring courses.  The latest hiccup is my fault; I forgot that you were technically not going to have General Biology but the system should not see that as of yet since the semester has not been removed.

In any case, we are in a bit of a conundrum.  If the Fall 2024 is removed, then you need to retake BIOL 1305-1107 but if the medical withdrawal is not approved (which I think is highly unlikely), then you don't have to retake the course because you've passed it.  Thus, which courses to move forward with gets a bit tricky.  I think you should continue moving forward with Organismal Biology and we'll address General Biology when the time comes that we know the outcome of your request.

Regarding the registration errors that you are currently receiving, you are attempting to register for a section of BIOL 1108 that is only for students in the FYRIS Program. You need to find a section that is being taught by Dr. Oceane Da Cunha (these are the general sections, not for FYRIS). My apologies for not having indicated this in the first place.

Regards,

**Dr. Kristine M. Garza, Ph.D.**
Associate Dean for Undergraduate Studies, College of Science
Director, Central Office for Readiness & Engagement (CORE)
Associate Professor, Dept of Biological Sciences
Carl Hertzog Building, Rm 101
Voice: 915-747-8027

**From:** Mcmillan, Justin I <jmcmillan@miners.utep.edu>
**Sent:** Wednesday, December 11, 2024 6:13 PM
**To:** Garza, Kristine M <kgarza@utep.edu>
**Subject:** Re: Spring 2025 Advising

Also, this is the error I received, also when I try to sign up for Chemistry I receive the same error message. At this point I feel as though UTEP is just trying to throw me out. C.A.R.E.S. (Jessica Garcia) got back to me and stated that it can take over a month for them to come to a decision on the withdrawal. Just feel as thought I won't be able to register for classes by next semester and then will have to be thrown out.

**From:** Mcmillan, Justin I <jmcmillan@miners.utep.edu>
**Sent:** Wednesday, December 11, 2024 4:37 PM
**To:** Garza, Kristine M <kgarza@utep.edu>
**Subject:** Re: Spring 2025 Advising

So I have gotten an A in both my lecture general biology and the lab, however how am I suppose to sign up for organismal biology if I am withdrawing. That means the general biology will not be accepted this semester since I submitted my academic withdrawal.

**From:** Garza, Kristine M <kgarza@utep.edu>
**Sent:** Wednesday, December 11, 2024 10:02 AM
**To:** Mcmillan, Justin I <jmcmillan@miners.utep.edu>
**Subject:** Re: Spring 2025 Advising

Good morning Justin.

So, Organismal Biology lecture (BIOL 1306) must be taken together with its lab, BIOL 1108. The system will not let you register for the lecture alone. I believe the plan was to take the lab for General Biology (BIOL 1107) and then also the next biology sequence, BIOL 1306-1108 (lecture and lab).

**Dr. Kristine M. Garza, Ph.D.**

Associate Dean for Undergraduate Studies, College of Science

Director, Central Office for Readiness & Engagement (CORE)

Associate Professor, Dept of Biological Sciences
Carl Hertzog Building, Rm 101

Voice: 915-747-8027

**From:** Mcmillan, Justin I <jmcmillan@miners.utep.edu>
**Sent:** Wednesday, December 11, 2024 7:54 AM
**To:** Garza, Kristine M <kgarza@utep.edu>
**Subject:** Re: Spring 2025 Advising

Good morning,
    So, this is the error message that I am receiving, however if I do withdraw from the semester how can sign up for the biology class that I am currently in?

**From:** Garza, Kristine M <kgarza@utep.edu>
**Sent:** Tuesday, December 10, 2024 5:06 PM
**To:** Mcmillan, Justin I <jmcmillan@miners.utep.edu>
**Subject:** RE: Spring 2025 Advising

Justin:

So I had submitted the prerequisite override for BIOL 1306 when we met.  What error message are you receiving when you attempt to register?  That will help me figure out what override I specifically need to submit (a screen shot would be helpful).

As to the retakes, no, you won't need to "retake" either one since the grades earned on those were from Fall 2024 and the semester is being eliminated as a result of your medical withdrawal.

Do you need suggestions for other classes?



**Dr. Kristine M. Garza, Ph.D.**
Associate Dean for Undergraduate Studies, College of Science
Director, Central Office for Readiness & Engagement (CORE)
Associate Professor, Dept of Biological Sciences
Carl Hertzog Building, Rm 101
Voice: 915-747-8027

**From:** Mcmillan, Justin I <jmcmillan@miners.utep.edu>
**Sent:** Tuesday, December 10, 2024 4:24 PM

**To:** Garza, Kristine M
**Subject:** Re: Spring 2025 Advising

Yes, so my concern is it is not allowing me to sign up for biology 1306. Also, since I sent the withdrawal do I still need to take those two courses for grade replacement?

**From:** Garza, Kristine M <kgarza@utep.edu>
**Sent:** Tuesday, December 10, 2024 11:16 AM
**To:** Mcmillan, Justin I <jmcmillan5@miners.utep.edu>
**Subject:** RE: Spring 2025 Advising

Hi Justin.

I can certainly assist with advising. What did you need? When we met, we had discussed the following courses as a possibility for the Spring 2025 semester:

- Repeat MATH 1411 for grade replacement
- Repeat POLS 2310 for grade replacement
- BIOL 1306-1108
- CHEM 1306-1106

Did you want to reassess? Or were you experiencing issues with registration?

**Dr. Kristine M. Garza, Ph.D.**
Associate Dean for Undergraduate Studies, College of Science
Director, Central Office for Readiness & Engagement (CORE)
Associate Professor, Dept of Biological Sciences
Carl Hertzog Building, Rm 101
Voice: 915-747-8027

**From:** Mcmillan, Justin I <jmcmillan5@miners.utep.edu>
**Sent:** Tuesday, December 10, 2024 9:02 AM
**To:** Garza, Kristine M <kgarza@utep.edu>
**Subject:** Spring 2025 Advising

Good morning,
    I had a couple of questions with my advising for Spring 2025, I was trying to set up some classes so I can retake them, however when I messaged C.A.R.E.S. (Jessica Garcia) I never received a response. I am wondering if you can assist me with my class advising, unfortunately today I will be at work from 10 am - 4pm, however I will try to respond well when I am at work. If you cannot assist me with signing up for classes, can you please send me in the direction that can, thank you.

 Outlook          **Exhibit Q - Dr. Kristine Garza Coercion Admission**

## RE: Complete Withdrawal Question

**From** Garza, Kristine M <kgarza@utep.edu>

**Date** Tue 3/4/2025 1:50 PM

**To**     Mcmillan, Justin I <jimcmillan@miners.utep.edu>; Rodriguez, Stephen M <smrodriguez18@utep.edu>

📎 1 attachment (357 KB)

COMPLETE WITHDRAWAL FROM.pdf;

Hi Justin.

Good to hear from you and glad to know that you've been able to move forward ( despite the challenges).

Are you currently taking courses at UTEP? If not, then there is no need to "withdraw". If you are taking courses, then there is a form to fill out but there's no need to provide any kind of explanation (just a box to check off). I've attached the form just in case (I'm guessing you are registered for the Spring).

Let us know if you need any other assistance.

Regards,

      **Dr. Kristine M. Garza, Ph.D.**
Associate Dean for Undergraduate Studies, College of Science
Director, Central Office for Readiness & Engagement (CORE)
Associate Professor, Dept of Biological Sciences
Carl Hertzog Building, Rm 101
Voice: 915-747-8027

**From:** Mcmillan, Justin I <jimcmillan@miners.utep.edu>
**Sent:** Tuesday, March 4, 2025 11:59 AM
**To:** Rodriguez, Stephen M <smrodriguez18@utep.edu>
**Cc:** Garza, Kristine M <kgarza@utep.edu>
**Subject:** Complete Withdrawal Question

Good morning,

     I had a couple of questions about making a complete withdrawal from UTEP due to financial as well as time issues. As mentioned with the previous class drop, I was able to get a promotion to Manager, as well as secure an apartment in Santa Teresa, NM. I do not have enough time to manage at work with the schedule that is correctly presented at UTEP. I was wondering, due to me not wanting to be currently enrolled at UTEP for Spring but having no other choice due to last semester circumstances, if this would technically fall under "complete withdrawal due to other extenuating circumstances". I mentioned this due to speaking with Dr. Garza last semester and stated if I had a job (isolation/mpox), or a place (no job/mpox), I would not be attending UTEP until Spring 2026 to take some mental time for myself. I would go through the

counseling/psychology field at UTEP, however, they have determined they cannot handle my case due to "conflict of interest". I do want to mention, I do not hold any ill will. I just simply want to state my withdrawal is due to two factors, mental exhaustion/health due to circumstances I have faced. The second being me wanting to focus on my job due to stability and security, rather than living on campus in conditions that have been unimaginable.

 Outlook    **Exhibit S - Raymond Gordon Cancellation**

**Housing Contract Cancellation**

**From** Gordon, Raymond R <rrgordon@utep.edu>
**Date** Thu 7/24/2025 9:10 AM
**To** Mcmillan, Justin I <jimcmillan@miners.utep.edu>

Justin,

I looked into your housing contract. I cancelled your contract yesterday and dated it with the May cancellation date so you would receive your deposit back and not be charged any cancellation fees. I did this after our conversation on the phone.

Thank you,
Ray



**Raymond Gordon, Ed.D.**
Executive Director

Housing and Residence Life
The University of Texas at El Paso
500 W. University Ave.
El Paso, TX 79968
Office: 915-747-5352
utep.edu/housing

   

 Outlook                    **Exhibit T - Equipment Checkout Fee**

## Equipment Checkout - Library 300 Invoice I-9472 Overdue

**From** EquipmentCheckout@utep.edu <EquipmentCheckout@utep.edu>
**Date** Tue 8/26/2025 2:14 PM
**To**    Mcmillan, Justin I <jimcmillan@miners.utep.edu>

Dear Justin I Mcmillan:

Your invoice I-9472 due on Tuesday, June 17, 2025 2:13 PM is past due.

Unpaid invoices create a hold on your UTEP account (registration, grades, transcripts, etc) and will prevent further items from being checked out from the Technology Support Center or the Cyber Cafe until the invoice is settled.

- Allocation: CK-94305
- Created On: Tuesday, June 17, 2025 2:12 PM
- Description: Invoice for allocation CK-94305, for Justin I Mcmillan, December 16, 2024 4:42 PM to April 9, 2025 8:00 AM
- Status: PENDING
- Balance: $483.20
- Due Date: Tuesday, June 17, 2025 2:13 PM

Charges:

- Type: CHARGE
- Subtype: USAGE-FINE
- Description: Prorated Late Fine at $1.00 per 1 hour. Scheduled return: Apr 9, 2025 8:00 AM, returned late by 9 weeks 6 days 6 hours 12 minutes.
- Resource Type: AC Adapter - Lat Small EC
- Resource: Lat 3410 AC - 2032
- Quantity: 1
- Amount: $45.00
- Tax: $0.00

- Type: CHARGE
- Subtype: USAGE-FINE
- Description: Prorated Late Fine at $1.00 per 1 hour. Scheduled return: Apr 9, 2025 8:00 AM, returned late by 9 weeks 6 days 6 hours 12 minutes.
- Resource Type: LongTerm - Lat3410
- Resource: Latitude 3410 - 1241
- Quantity: 1
- Amount: $438.20
- Tax: $0.00

- Type: NOTE

- Subtype:
- Description: Notice sent for I-9472 using email template file 'invoice'
- Quantity: 1
- Amount: $0.00
- Tax: $0.00

- Type: NOTE
- Subtype:
- Description: Invoice made into a hold
- Quantity: 1
- Amount: $0.00
- Tax: $0.00

- Type: NOTE
- Subtype:
- Description: Hold date cleared.
- Quantity: 1
- Amount: $0.00
- Tax: $0.00

- Type: NOTE
- Subtype:
- Description: Notice sent for HOLD using email template file 'apply-invoice-hold'
- Quantity: 1
- Amount: $0.00
- Tax: $0.00

- Type: NOTE
- Subtype:
- Description: 2 invoice line items sent to Banner as part of export 762876896
- Quantity: 1
- Amount: $0.00
- Tax: $0.00

- Type: NOTE
- Subtype:
- Description: Notice sent for I-9472 using email template file 'invoice-overdue-reminder'
- Quantity: 1
- Amount: $0.00
- Tax: $0.00

- Type: NOTE
- Subtype:
- Description: Notice sent for I-9472 using email template file 'invoice-overdue-reminder'
- Quantity: 1
- Amount: $0.00
- Tax: $0.00

- Type: NOTE
- Subtype:

- Description: Notice sent for I-9472 using email template file 'invoice-overdue-reminder'
- Quantity: 1
- Amount: $0.00
- Tax: $0.00

- Type: NOTE
- Subtype:
- Description: Notice sent for I-9472 using email template file 'invoice-overdue-reminder'
- Quantity: 1
- Amount: $0.00
- Tax: $0.00

- Type: NOTE
- Subtype:
- Description: Notice sent for I-9472 using email template file 'invoice-overdue-reminder'
- Quantity: 1
- Amount: $0.00
- Tax: $0.00

- Type: NOTE
- Subtype:
- Description: Notice sent for I-9472 using email template file 'invoice-overdue-reminder'
- Quantity: 1
- Amount: $0.00
- Tax: $0.00

- Type: NOTE
- Subtype:
- Description: Notice sent for I-9472 using email template file 'invoice-overdue-reminder'
- Quantity: 1
- Amount: $0.00
- Tax: $0.00

- Type: NOTE
- Subtype:
- Description: Notice sent for I-9472 using email template file 'invoice-overdue-reminder'
- Quantity: 1
- Amount: $0.00
- Tax: $0.00

- Type: NOTE
- Subtype:
- Description: Notice sent for I-9472 using email template file 'invoice-overdue-reminder'
- Quantity: 1
- Amount: $0.00
- Tax: $0.00

If there is a balance, you will be unable to use NAME resources again until this fine is settled. You may pay any balance at the Cashier (Mike Loya building) or online at My.UTEP.edu (Make A Payment - Pay

If you have any questions regarding this invoice, please email helpdesk@utep.edu.


Thank you for your attention in this matter.
Equipment Checkout

Exhibit V - Disciplinary Letter

THE UNIVERSITY OF TEXAS AT EL PASO

August 18, 2025

Justin Mcmillan
Sent electronically to jimcmillan@miners.utep.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2024361201

Dear Mr. Mcmillan,

There has been an allegation filed with the Office of Community Standards regarding a possible University policy violation(s). Specifically, it is alleged that you may have violated the Handbook of Operating Procedures. (d) Disruptions, by being disruptive to Housing and Residence Life staff members. This conduct may constitute a violation of the UTEP Handbook of Operating Procedures, which states:

1.1 Standards of Conduct.
All students are expected and required to obey federal, state, and local laws, to comply with the Regents' Rules and Regulations, with The University of Texas System and institutional rules and regulations, with directives issued by an administrative official of the U. T. System or The University of Texas at El Paso ("University or "Institution") in the course of his or her authorized duties, and to observe standards of conduct appropriate for an academic institution.

1.2.1 Who is Subject to Discipline.
Any student who engages in conduct that violates the Regents' Rules and Regulations, the U. T. System or institutional rules and regulations, specific instructions issued by an administrative official of the institution or the U. T. System acting in the course of his or her authorized duties, or federal, state, or local laws is subject to discipline. A student is subject to discipline for prohibited conduct as enumerated in this Policy, including (where applicable) conduct that occurs off-campus, including but not limited to University off-campus activities such as field trips, internships, rotations or clinical assignments, regardless of whether civil or criminal penalties are also imposed for such conduct.

1.2.3 Prohibited Conduct. (d.) Disruptions.
Any student who, acting singly or in concert with others, obstructs, disrupts, or interferes with any teaching, educational, research, administrative, disciplinary, public service, or other activity or public performance authorized to be held or conducted on campus or on property or in a building or facility owned or controlled by the U. T. System or institution is subject to discipline. Obstruction or disruption includes but is not limited to any act that interrupts, modifies, or damages utility service or equipment, communication service or equipment, university computers, computer programs, computer records or computer networks accessible through the university's computer resources.

You are required to meet with our office to discuss these allegations in order to determine if you are in violation of the above stated policies. Your appointment is scheduled for **Thursday, August 21, 2025 at 3:30 PM.** An appointment will be sent to your UTEP email address or you can click the link below at the start of your meeting:

Office of Community Standards
Union Building East, Room 303
351 West University Avenue
El Paso, Texas 79968

**Microsoft Teams**
**Link:** https://teams.microsoft.com/l/meetup-join/19%3ameeting_YmU1NGE3NTItMjgwZi00MGNjLTlIMDUtYm
ZhYzgwODk2N2Vj%40thread.v2/0?context=%7b%22Tid%22%3a%22857c21d2-1a16-43a4-90cf-
d57f3fab9d2f%22%2c%22Oid%22%3a%22fd0099b7-0cd0-455b-88c7-6674cdfc7374%22%7d

**If you have not used Microsoft Teams before, we recommend testing your microphone and speakers in
advance of the meeting by following these** instructions.

If you are unavailable during the meeting date and time, please call the office at 915-747-8694 to reschedule at
least **48 hours** before your scheduled appointment. Failure to attend could result in a hold being placed on your
student account.

For your reference and information, you may access UTEP's Handbook of Operating Procedures: Student Conduct
and Discipline. If you require reasonable accommodations during your scheduled meeting, please notify the Office
of Community Standards staff in advance.

Sincerely,

*[signature]*

Jovita Simon, Ed.D.
Director

# District 16 Dignity Expansion Proposal: MICA, C.I.T., and Judicial Integrity

## Migration Income Contribution Act (MICA)

*A Partnership-Based Pathway to Shared Prosperity*

*(\*Exampled in Texas; Other states will construct their own tax)*

### Executive Summary

The Migration Income Contribution Act (MICA) proposes a tiered income-based contribution system for documented migrant workers employed in Texas. In exchange, participants receive access to enhanced public services, expedited immigration support, and democratic representation in policy decisions affecting their lives. This act offers a fiscally responsible, ethically grounded, and politically innovative solution to border management and migrant inclusion.

### Policy Objectives

1. Strengthen migration infrastructure through a sustainable, self-funding model.
2. Empower migrant communities by investing directly in their well-being, opportunity, and inclusion.
3. Foster trust and transparency by granting migrants a formal role in determining the use of MICA funds.

### Key Features of the Act

1. Tiered MICA Income Contribution
Collected at the state level from documented migrant workers earning wages in Texas. Modeled after FICA but designated exclusively for migration-related services.

| Annual Income Bracket | Contribution Rate |
|---|---|
| $0 – $39,999 | 2% |
| $40,000 – $79,999 | 3% |
| $80,000 and above | 4% |

Funds are deposited into a dedicated MICA Trust managed by the Texas Comptroller's Office.

2. Migrants' Benefits Package
Revenue from MICA contributions will fund:

- Immigration processing support (legal aid, documentation services)
- Language and workforce development programs
- Affordable housing grants for migrant families
- Community healthcare clinics and educational initiatives

3. Community Oversight & Democratic Participation

Contributors to MICA will gain:

- Voting rights on spending categories within the MICA Trust
- Representation via the Migrant Advisory Council (MAC), elected by contributors
- The ability to submit formal policy proposals to the Texas legislature or relevant subcommittees

4. Pilot Program in High-Impact Border Counties

Initial rollout in El Paso, Hidalgo, and Cameron counties to test feasibility, administrative logistics, and community impact. Expansion contingent on pilot success metrics.

## Fiscal Impact Analysis

Based on 2025 data:

- Estimated Documented Migrant Workers in Texas: ~1.25 million
- Projected Annual Revenue from Tiered Contributions (Texas): ~$1.77 billion

This model ensures robust funding for migration services without burdening native residents or federal budgets.


## Legislative Alignment

MICA complements the goals of the Dignity Act of 2025, introduced by Congresswoman Maria Zalazar (R-FL) and co-sponsored by Congresswoman Veronice Escobar (D-TX), by operationalizing dignity through economic inclusion and democratic participation. This proposal recommends amending the Dignity Act to include MICA's tiered contribution model and community oversight mechanisms.

# District 16 Community Integration Tower (Community Hub)

*A Vertical Model for Health, Housing, and Human Dignity*

## Executive Summary

This proposal envisions a 10–11 story mixed-use building in El Paso's District 16 that integrates healthcare, housing, social services, and community agriculture into a single vertical hub. Inspired by Japan's capsule innovation and American tiny-home culture, the structure offers affordable, dignified living spaces and essential services for migrants, veterans, and vulnerable citizens. It complements the Migration Income Contribution Act (MICA) by offering housing discounts to MICA participants and creating a self-sustaining model of urban compassion.

## Structural Overview

First Floor: Community Health & Wellness Center
- Basic healthcare services: blood work, checkups, vaccinations
- On-site pharmacy
- Mental health support: psychology, counseling, trauma recovery
- Open to residents and the broader community

Second Floor: Social Services & Ethical Cafeteria
- Cafeteria: locally sourced, inspected weekly, culturally inclusive meals
- Social work hub: job placement, identity establishment, legal paperwork, benefits navigation

Floors 3–10: Residential Capsules & Tiny Homes
- Modular living units blending Japanese capsule design with Americanized tiny-home features
- Units include sleeping pods, compact kitchens, and shared amenities
- Prioritized for:
  - Migrant workers: full price or discounted via MICA participation
  - Homeless citizens: income-based discounts
  - Homeless veterans: free housing based on need and service record

Top Floor: Rooftop Garden & Community Hub
- Flat-roof garden for fresh produce
- Residents can cultivate food, reduce grocery costs, and engage in therapeutic gardening
- Space doubles as a communal gathering area for workshops and events

## Why It Works

- Multifunctional Efficiency: Combines health, housing, and social services in one footprint
- Cultural Tribute: Honors Japan's capsule innovation while adapting it to El Paso's needs
- Economic Sustainability: MICA contributions help fund housing discounts and services
- Veteran & Homeless Support: Offers real solutions for those most in need
- Community Empowerment: Residents participate in food production, social programs, and civic life

## Fiscal Integration with MICA

- Residents opting into MICA gain access to housing discounts and service priority
- MICA Trust can allocate funds for maintenance, staffing, and subsidies
- Long-term goal: replicate model in other border districts with high migrant populations

# C.I.T. (Community Hub) Oversight & Employment Reform (Subsection to District 16 Community Integration Tower (C.I.T))

*Ensuring Security, Accountability, and Local Empowerment*

## Objective:

To establish a dual-tiered governance and staffing model for the District 16 Community Integration Tower that ensures federal-level security and oversight while prioritizing local employment for humanitarian and community-facing roles.

## Federal Oversight & Security

Scope of Federal Responsibility:
- Security Personnel: Trained federal officers responsible for building safety, emergency response, and coordination with law enforcement
- Oversight Committee: A federally appointed body to audit operations, ensure compliance with MICA standards, and monitor ethical practices
- Data Protection & Privacy: Federal IT and legal teams to safeguard resident information and ensure HIPAA and immigration confidentiality

Benefits:
- Guarantees neutrality and accountability
- Prevents local corruption or favoritism
- Aligns with national standards for migrant and veteran care

## Local Employment for Humanitarian Services

Scope of Local Responsibility:
- Social Workers: Job placement, identity establishment, benefits navigation
- Healthcare Support Staff: Nurses, counselors, administrative aides
- Cafeteria & Garden Staff: Ethical food preparation, rooftop garden maintenance
- Community Coordinators: Organize workshops, cultural events, and resident engagement

Hiring Priorities:
- Residents of District 16
- Formerly homeless individuals or veterans seeking reentry into the workforce
- MICA participants with work authorization

Benefits:

- Stimulates local economy
- Builds trust between staff and residents
- Creates pathways out of poverty for vulnerable populations

Contingency Clause: Federal Staffing Backup

Trigger Conditions:
- Local labor shortage
- Emergency staffing needs
- Specialized roles requiring federal expertise

Federal Role:
- Temporary deployment of humanitarian professionals from federal agencies
- Training programs to upskill local candidates for long-term replacement
- Sunset clause: federal staff phased out once local capacity is restored

## Implementation & Governance

| Component | Lead Agency | Timeline |
|---|---|---|
| Security Deployment | DHS/Federal Marshals | Immediately (After completion) |
| Oversight Committee | HHS + DOJ | Within 90 days (After completion) |
| Local Hiring Initiative | City of El Paso + NGOs | Rolling Basis |
| Federal Staffing Backup | FEMA/AmeriCorps | As Needed |

## Summary

This reform ensures that the Community Integration Tower remains safe, ethical, and locally empowering. It protects the integrity of the mission while giving El Pasoans the opportunity to be the hands and hearts of the change they're building.

Important note: If Congress agrees to community hub, those who opted in to MICA will have one year of tax return withheld (family) or two years tax return withheld (individual). Also, Once M.I.C.A. has reached a state cap (settled by congress) per state (example: $200 Billion) than funds can be allocated for humanitarian causes, such as ongoing stronger natural disasters.

# Supreme Court Ethics, Recusal, and Transparency Act of 2025 (Clause Addition)

*Proposed by:*
*Rep. Hank Johnson (D-GA)*
*Sen. Sheldon Whitehouse (D-RI)*

If those appointed by the President — namely federal judges entrusted with safeguarding the integrity of the judicial branch — are denied the authority to collectively address ethical breaches or systemic failures within their own ranks, then the very premise of presidential appointment loses its constitutional weight. Therefore, when a coalition of no less than 55% of active federal judges reaches consensus on a matter of judicial concern, they shall be empowered to initiate a rapid, independent investigation and recommend binding reforms, free from retaliation or obstruction. This mechanism shall serve as a safeguard against the consolidation of unchecked power and ensure the judiciary remains accountable to its foundational principles.

Respectfully,
Justin Isaiah McMillan
El Paso, TX citizen
District 16 (Texas)
McMillan.Justin10@yahoo.com
986-888-5187