**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JUSTIN MCMILLAN,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **UNIVERSITY OF TEXAS AT EL PASO,** | § | **EP-25-CV-00354-DB** |
| **RAYMOND GORDON, JESSICA** | § | |
| **GARCIA NUNGARAY, and DR.** | § | |
| **CHARLIE GIBBENS,** | § | |
| **Defendants.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On this day, the Court considered United States Magistrate Judge Laura Enriquez's ("Judge Enriquez") "Report & Recommendation of United States Magistrate Judge" ("R&R"), ECF No. 52, filed on August 6, 2026. Therein, Judge Enriquez recommends that this Court grant Defendants' motions to dismiss, ECF Nos. 17 and 25, in full and dismiss all claims against Defendants. *Id.* at 17–18. No timely objections were filed to ensure this Court's *de novo* review of Judge Enriquez's R&R.[1] In the absence of timely objections, this Court reviews Judge Enriquez's R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1). Having reviewed the R&R, the Court finds no clear error and adopts the R&R as modified.[2]

---

[1] On August 26, 2026, Plaintiff filed untimely objections to Judge Enriquez's R&R. *See* ECF No. 57. Therein, Plaintiff primarily objects to the R&R on the grounds that it "recommends dismissal without addressing whether amendment would cure the identified defects [of the Complaint]." *Id.* at 4. However, the Court "may treat untimely objections the same as filing no objections." *Garces v. U.S. Dep't of Just., C.R. Div.*, No. SA-25-CV-0252-JKP, 2025 WL 1743521 (W.D. Tex. June 24, 2025), *aff'd* 2025 WL 3281415 (5th Cir. Nov. 25, 2025). Additionally, the Court is modifying the R&R to dismiss most of Plaintiff's claims with leave to amend. Therefore, the Court need not consider Plaintiff's objections to the R&R.

[2] The Court modifies the R&R to grant Defendants' Motions in part and dismiss all claims with leave to amend, except for Plaintiff's Title II ADA and Rehabilitation Act claims against individual Defendants Raymond Gordon, Jessica Garcia Nungaray, and Charlie Gibbens, which are

Accordingly, **IT IS HEREBY ORDERED** United States Magistrate Judge Laura Enriquez's "Report & Recommendation of United States Magistrate Judge," ECF No. 52, is **ADOPTED AS MODIFIED**.

**IT IS FURTHER ORDERED** Defendant "Raymond Gordon's Motion to Dismiss," ECF No. 17, and "UTEP Defendants' Motion to Dismiss," ECF No. 25, are **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claims against Defendant Raymond Gordon are **DISMISSED WITH LEAVE TO AMEND**.

**IT IS FURTHER ORDERED** Plaintiff's § 1983 claims against Defendants UTEP, Jessica Garcia Nungaray, and Charlie Gibbens are **DISMISSED WITH LEAVE TO AMEND**.

**IT IS FURTHER ORDERED** Plaintiff's Title II ADA and Rehabilitation Act claims against Defendant UTEP are **DISMISSED WITH LEAVE TO AMEND**.

**IT IS FURTHER ORDERED** Plaintiff's Title II ADA and Rehabilitation Act claims against Defendants Raymond Gordon, Jessica Garcia Nungaray, and Charlie Gibbens, as individuals and in their official capacity, are **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** Plaintiff is **GRANTED LEAVE** to amend his Complaint, ECF No. 1, within 20 days of the instant order. Should Plaintiff elect not to amend his Complaint, this action will be dismissed.

**SIGNED** this 26th day of **September 2026**.

**For HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

dismissed with prejudice.